**Order entered December 2, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00915-CV

## IN THE INTEREST OF Y.B., MINOR CHILD

**On Appeal from the 468th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 468-56973-2017**

## ORDER

By letter filed November 15, 2021, court reporter Robin Benton informed the Court that the reporter's record would not be filed until appellant had paid or made arrangements to pay the fee for its preparation. Since then, appellant has filed a statement of inability to afford payment of costs.

Under Texas Rule of Appellate Procedure 145, a party who files a statement of inability to afford payment cannot be required to pay costs except by trial court order. *See* TEX. R. CIV. P. 145. Because the record before the Court does not reflect appellant has been ordered to pay costs, we **ORDER** Ms. Benton to file the record without payment of costs no later than January 3, 2022.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Benton and the parties.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE